IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Rock Meyer, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 23 C 4954 |
| v. | ) |
| | ) Judge Jorge L. Alonso |
| Bryan Cave Leighton Paisner, LLP, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

This case is hereby ordered consolidated for all purposes with case number 23 C 4249. All future filings shall be filed in case number 23 C 4249. Case number 23 C 4954 is terminated.

Date: 11/21/2023

_____
Jorge L. Alonso
United States District Judge